IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| RONALD PERSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-201-CDL-AGH |
| | : | |
| NETPLANNER SYSTEMS INC, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

On June 26, 2025, Plaintiff filed a *pro se* employment discrimination complaint (ECF No. 1) and on June 30, 2025, he filed a motion to proceed *in forma pauperis* ("IFP") (ECF No. 3). The IFP motion, as presently drafted, indicates that Plaintiff earned an average of $60,510.00 per month in the past twelve months, although he indicates that he has nearly $5,000.00 in monthly expenses.[1] Mot. to Proceed IFP 1-2, 5, ECF No. 3. On the other side of the ledger, however, Plaintiff also declares that—including his spouse's portion—the couple pay a monthly mortgage of $3,711.24 on a home valued at $290,000.00, plus an additional $1,740.00 monthly in utilities, and over $2,200.00 in food expenses—per month—for a family of three. *Id.* at 3-4. All told, Plaintiff and his spouse spend over $13,000.00 per month for expenses for a family of three. *Id.* at 5. While this amount of spending is not impossible, it is abnormal and the Court questions its veracity. Thus, as filed, the

---

[1] Plaintiff declares that his spouse made $80,000.00 per month. Mot. to Proceed IFP 1, ECF No. 3. Combined, Plaintiff and his spouse would thus earn $1,686,120.00 per year.

affidavit is not "'sufficient on its face to demonstrate economic eligibility' for in forma pauperis status." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307-08 (11th Cir. 2004).

Plaintiff is **ORDERED** to recast his motion for leave to proceed IFP within **FOURTEEN (14) DAYS**. Plaintiff must provide a more detailed explanation of his funds, assets, expenses, and his inability to pay filing fees or costs. Plaintiff is also instructed to clarify whether he, his spouse, and minor child reside together on a full-time basis. If they do not Plaintiff should specify his financial contributions to the care of his minor child. The Clerk is directed to provide Plaintiff with a new blank long-form IFP application for non-prisoners.

**SO ORDERED**, this 3rd day of July, 2025.

                                                s/ *Amelia G. Helmick*
                                              UNITED STATES MAGISTRATE JUDGE